# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    VS                                                                CASE NO. 5:01CR22-RH/WCS

BILLY JOE BUCHANAN,

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 07/22/2005 (document #190), and referred to Magistrate Judge William C. Sherrill on 07/25/2005.

Summary of motion/pleading: MOTION FOR EXTENSION OF TIME

WILLIAM M. MCCOOL, CLERK OF COURT

_____s/ Pam Lourcey_____
DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 25th day of July, 2005, the requested relief is **GRANTED.** The time for filing the response to the motion to vacate is extended to September 6, 2005. Defendant shall have until October 7, 2005, in which to file a reply.

_____S/ William C. Sherrill_____
UNITED STATES MAGISTRATE JUDGE