IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:01cr22-RH/AK

BILLY JOE BUCHANAN,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 204), and the objections thereto (document 209). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion to vacate, as amended (document 186), is DENIED. The clerk shall enter judgment and close the file.

SO ORDERED this 25th day of March, 2008.

                                s/Robert L. Hinkle
                                Chief United States District Judge